JOHN WEIGAND, appellant,

*v.*

ELIZA WEIGAND, respondent.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *Weigand* v. *Weigand, 14 Stew. Eq. 202.*

*Mr. Theodore Ryerson,* for appellant.

*Mr. M. T. Newbold,* for respondent.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the vice-chancellor.